People of the State of Illinois, defendant in error, v. Nick Vergado, plaintiff in error. Gen. No. 40,231.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938.

Cameron Latter, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Fred Holy, appellee, v. Winifred Hitchcock, also known as Winnie Hitchcock, appellant. Gen. No. 39,988.

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed October 18, 1938.

C. N. Leach, for appellant. J. Kendall S. Mitchell, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Mrs. William Fluegge, appellee, v. Des Plaines and Cook County Farmers Mutual Fire Insurance Company of Mt. Prospect, trading as Mutual County Fire Insurance Company of Mt. Prospect, appellant. Gen. No. 40,143.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed October 18, 1938. Rehearing denied November 1, 1938.

Walter W. and Edward W. Weiss, for appellant. Howard E. De Long, for appellee; E. C. Frank Meier, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.